# UNITED STATES COURT OF INTERNATIONAL TRADE        FORM 1

| | |
|---|---|
| Imaginings3 Inc.<br><br>                           Plaintiff,<br><br> v.<br><br> UNITED STATES,<br>                           Defendant. | **S U M M O N S**<br>Court No. **26-00978** |

**TO:**   The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



**/s/ Gina Justice**
Clerk of the Court

## PROTEST

| | | | |
|---|---|---|---|
| Port(s) of Entry: | **3901** | Center (if known): | **CEE002** |
| Protest Number: | 390126133177<br>(also see attached schedule) | Date Protest Filed: | **01/08/2026** |
| Importer: | **Imaginings3 Inc.** | Date Protest Denied: | **01/08/2026** |
| Category of Merchandise: | Lip Pops and Mini Lip Pops | | |

## ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 23125873261 | 01/29/2025 | 12/26/2025 | | | |
| | | | | | |
| | | | | | |
| | | | | | |

John M. Peterson
Neville Peterson LLP
55 Broadway, Suite 2602
New York, NY  10006
212-635-2730
jpeterson@npwny.com

Name, Firm, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| Lip Pops and Mini Lip Pops | 1704.90.3550<br><br>9903.88.03 | 5.6%<br><br>10% or 25% depending on date of etnry | 9503.00.0073<br><br>or alternatively<br><br>9505 | free |

**Other**

State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:

The issue which was common to all such denied protests:
Classification of the imported goods and assessment of Section 301 duties

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

/s/John M. Peterson

*Signature of Plaintiff's Attorney*

February 11, 2026

*Date*

CEE002
_____
Center (if known)

**SCHEDULE OF PROTESTS**

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| 390125132498 | 10/07/2025 | 01/12/2026 | 23125784971 | 09/10/2024 | 07/25/2025 | 3901 |
| | | | 23125783767 | 9/10/2024 | 7/25/2025 | 3901 |
| | | | 23125791802 | 9/26/2024 | 8/8/2025 | 3901 |
| | | | 23125791828 | 9/26/2024 | 8/8/2025 | 3901 |
| | | | 23125791554 | 9/26/2024 | 8/8/2025 | 3901 |
| | | | 23125805404 | 10/16/2024 | 8/9/2025 | 3901 |
| | | | 23125804241 | 10/16/2024 | 8/29/2025 | 3901 |
| | | | 23125806683 | 10/18/2024 | 9/5/2025 | 3901 |
| | | | 23125808234 | 10/18/2024 | 9/5/2025 | 3901 |
| | | | 23125808259 | 10/18/2024 | 9/5/2025 | 3901 |
| | | | 23125823654 | 10/28/2024 | 9/12/2025 | 3901 |
| | | | 23125823647 | 10/25/2024 | 9/12/2025 | 3901 |
| | | | 23125823613 | 10/28/2024 | 9/12/2025 | 3901 |
| | | | 23125827556 | 10/25/2024 | 9/12/2025 | 3901 |
| | | | 23125823563 | 11/6/2024 | 9/19/2025 | 3901 |

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; June 22, 2021, eff. July 26 ,2021; Oct. 1, 2025, eff. Oct. 1, 2025; Oct. 23, 2025, eff. Dec. 1, 2025.)